# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br>           **Plaintiff,** <br> vs. <br><br> **ADRIAN NARVAEZ CRUZ** <br><br>           **Defendant.** | **4:24MJ3156** <br> **5:24MJ797** <br><br><br><br><br> Magistrate Judge DeLuca |

## RULE 5 ORDER

An Complaint and Warrant (charging document) having been filed in the Western District of Oklahoma, charging the above-named defendant with 21:846 Drug Conspiracy and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P. Rule 5.  The defendant had an initial appearance here in accordance with Fed.R.Cr.P.5  and was informed of the provisions of Fed.R.Cr.P.20.

Additionally, defendant

☒     Waived an identity hearing and admitted that he was the person named in the aforementioned charging document.

☒     Waived his right to a preliminary examination.

☒     The government did move for detention.

☒     Was given a detention hearing in this district.

Accordingly, it is ordered that the defendant is held to answer in the prosecuting district.

☒     Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. and the U.S. Marshal is commanded to take custody of the above named defendant and to transport the defendant with a certified copy of this order forthwith to the prosecuting district specified above and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Cr.P.40 having been completed.

**IT IS SO ORDERED.**

DATED: December 11, 2024.

                                                                   s/ Jacqueline M. DeLuca <br>
                                                                   U.S. Magistrate Judge